UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Christopher Sciarra

CIVIL CASE NO: 1:24-CV-665
(to be supplied by Clerk of the District Court)

(Enter above the full name of plaintiff in this action)

v.

Dauphin County District Attorney's Office
John R Canavan IV

FILED
HARRISBURG, PA
APR 17 2024
PER _____
DEPUTY CLERK

(Enter above the full name of the defendant(s) in this action)

## COMPLAINT

1. The plaintiff Christopher Sciarra a citizen of the County of Dauphin State of Pennsylvania, residing at 142 S. 28th St Harrisburg, PA 17103 wishes to file a complaint under Civil Rights
(give Title No. etc.)

2. The defendant is A district Attorney for Dauphin County Districts Attorney Office 101 Market St, Harrisburg, PA 17101

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) On June 7th 2011, said

3. (CONTINUED) District Attorney was the D.A. on the Capitol City Police Case - MJ-12104-CR-0000012-2011. Said District Attorney had added a Charge of Endangering the Welfare of Children 18§4304-§§A), when I had not been initially charged with nor was I going to a trial. W, that thoroughly investigating matters. Said DA. allowed me to enter a plea of guilt, Thus Allowing Judge Scott Arthur Evans to proceed with a sentence of 11½-23 months in the Dauphin County Prison. I had never endangered any child, nor did I ever assault anyone as per Charges.

4. WHEREFORE, plaintiff prays that monetary relief for false incarceration, for not following the Pennsylvania Rules of Court, for adding a Charge, for pain and Suffering

(Signature of Plaintiff)